**Order entered April 17, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00857-CV

### ROY AND MILYCE PIPKIN, Appellants

### V.

### JACK R. GAUBERT AND BARCLAY PROPERTIES, LTD., Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-05538-C**

## ORDER

Before the Court is appellants' April 12, 2019 motion to extend time to file their brief. Appellants seek a ninety-day extension due to health reasons.

We note this appeal was filed July 27, 2018 and the brief was first due December 8, 2018. The deadline has been reset twice, once to allow appellants an opportunity to hire counsel and the second after appellants amended their notice of appeal. The current extension motion was filed after appellants failed to file their brief by March 27, 2019 and they were informed the appeal could be dismissed unless they filed, within ten days, an extension motion and their brief.

Because this appeal has been pending for over eight months and the brief was first due five months ago, we **GRANT** the extension motion to the extent we **ORDER** the brief be filed no later than June 3, 2019. We caution appellants that further extension requests will be

disfavored. In accordance with Texas Rules of Appellate Procedure 9.5 and 10.1, all future filings shall contain a certificate of service and, any motions, shall contain a certificate of conference. *See* TEX. R. APP. P. 9.5, 10.1.

/s/     ERIN A. NOWELL
        JUSTICE